■ EDWARD F. BALLIET, an Infant, by GUSTUS J. AMROSE, His guardian ad Litem, Respondent, v. SYRACUSE UNIVERSITY, Appellant. ALAN R. CONLEY, an Infant, by GUSTUS J. AMROSE, His guardian ad Litem, Respondent, v. SYRACUSE UNIVERSITY, Appellant. JOHN C. DONALDSON, an Infant, by GUSTUS J. AMROSE, His guardian ad Litem, Respondent, v. SYRACUSE UNIVERSITY, Appellant. DONALD T. DOWLING, an Infant, by GUSTUS J. AMROSE, His guardian ad Litem, Respondent, v. SYRACUSE UNIVERSITY, Appellant. HARRY L. DRUMM (Also Known as LEE A. LAWRICK) an Infant, by GUSTUS J. AMROSE, His guardian ad Litem, Respondent, v. SYRACUSE UNIVERSITY, Appellant. RALPH K. FRANKLIN, JR., an Infant, by GUSTUS J. AMROSE, His guardian ad Litem, Respondent, v. SYRACUSE UNIVERSITY, Appellant. CARL H. HAND, III, an Infant, by GUSTUS J. AMROSE, His guardian ad Litem, Respondent, v. SYRACUSE UNIVERSITY, Appellant. DANIEL KUSHNER, an Infant, by GUSTUS J. AMROSE, His guardian ad Litem, Respondent, v. SYRACUSE UNIVERSITY, Appellant. RONALD J. KYRITZ, an Infant, by GUSTUS J. AMROSE, His guardian ad Litem, Respondent, v. SYRACUSE UNIVERSITY, Appellant. THEODORE C. LEMERY, JR., an Infant, by GUSTUS J. AMROSE, His guardian ad Litem, Respondent, v. SYRACUSE UNIVERSITY, Appellant. DONALD G. McKINNEY, an Infant, by GUSTUS J. AMROSE, His guardian ad Litem, Respondent, v. SYRACUSE UNIVERSITY, Appellant. ROBERT F. MUHLBAUER, an Infant, by GUSTUS J. AMROSE, His guardian ad Litem, Respondent, v. SYRACUSE UNIVERSITY, Appellant. RAY C. PRESLEY, an Infant, by GUSTUS J. AMROSE, His guardian ad Litem, Respondent, v. SYRACUSE UNIVERSITY, Appellant. JOHN S. TANSEY, an Infant, by GUSTUS J. AMROSE, His guardian ad Litem, Respondent, v. SYRACUSE UNIVERSITY, Appellant. RONALD D. WEBB, an Infant, by GUSTUS J. AMROSE, His guardian ad Litem, Respondent, v. SYRACUSE UNIVERSITY, Appellant.— Order unanimously affirmed, with $25 costs and disbursements. (Appeal from order of Onondaga Special Term granting motion by plaintiffs to strike out the affirmative defense

of release in each of 15 cases, and denying motion by defendant in each case for judgment on the pleadings.) Present — Williams, P. J., Bastow, Halpern, McClusky and Henry, JJ.